UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KYLE WEBLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. C21-179-MLP<br><br><br><br>ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act be REVERSED AND REMANDED to the Commissioner of Social Security for a new hearing and a new decision by an administrative law judge (ALJ). On remand, the ALJ will reassess the medical evidence, including exhibit 20F; reassess the claimant's residual functional capacity and subjective complaints; evaluate lay witness evidence in exhibit 19E; continue the sequential evaluation, including obtaining vocational expert evidence, as needed; and offer the claimant the opportunity for a hearing, address the submitted additional evidence, take further action to complete the administrative record, and issue a new decision.

Plaintiff may be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412, upon proper request to this Court.

DATED this 18th day of August, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Heidi L. Triesch
HEIDI L. TRIESCH
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3703
Fax: (206) 615-2531
heidi.triesch@ssa.gov